Before MARY K. HOFF, P.J., KURT S. ODENWALD, J., and ANGELA T. QUIGLESS, J.

### ORDER

Dorothy Rissell appeals from the trial court's Full and Final Judgment and Decree of Dissolution dissolving her marriage to Michael E. Rissell. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b)(1).

Curtis O. Poore, John C. Steffens, Cape Girardeau, MO, for respondent.

Before ROBERT M. CLAYTON III, P.J., GARY M. GAERTNER, JR., J., and NANCY M. WATKINS, S.J.

### ORDER

PER CURIAM.

Appellant Col. Ronald K. Replogle, Superintendent of the Missouri State Highway Patrol, appeals the trial court's summary judgment in favor of Respondent Matthew Prince. We have reviewed the briefs of the parties and the record on appeal, and we conclude an extended opinion would have no precedential value. The parties have been provided with a memorandum for their information only, setting forth the reasons for this order. The decision is affirmed. Mo. R. Civ. P. 84.16(b) (2014).

Matthew PRINCE, Respondent,

v.

**Col. Ronald K. REPLOGLE, Appellant.**

No. ED 100226.

Missouri Court of Appeals,
Eastern District,
Division Five.

July 29, 2014.

Chris Koster, Jaclyn A. Kinkade, St. Louis, MO, for appellant.

John S. MORAN,
Petitioner/Respondent,

v.

**Andrea L. MORAN, n/k/a Miles, Respondent/Appellant.**

No. ED 100274.

Missouri Court of Appeals,
Eastern District,
Division Four.

July 29, 2014.